THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES L. STEWART, Appellant.

*People* v. *Stewart*, 98 App. Div. 622, affirmed.
(Argued May 5, 1905; decided May 30, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made November 11, 1904, which affirmed a judgment of the Court of General Sessions in the county of New York, rendered upon a verdict convicting the defendant of the crime of keeping a poolroom.

*Henry W. Unger* and *Abraham Levy* for appellant.

*William Travers Jerome, District Attorney (Howard S. Gans* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.